UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Todd Hinton, | ) | Approved on 9/28/15. |
| | ) | s/William T. Lawrence, Judge |
| Plaintiff, | ) | Copies Sent |
| | ) | |
| v. | ) | Case No. 1:15-cv-941-WTL-TAB |
| | ) | |
| Viking Client Services, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and Fed.R.Civ.P. 41, hereby stipulates to the dismissal of this action WITH PREJUDICE.

Date: September 23, 2015.

Respectfully submitted,

COUNSEL FOR PLAINTIFF:
/s/ Thomas G. Bradburn
Thomas G. Bradburn (15377-49)
Bradburn Law Firm
92 S. 9th Street
Noblesville, Indiana 46060
(317) 475-0826
tbradburn@bradburnlaw.com